Allen R. Ball, Esq. (State Bar #124088)
Joseph Rocco Jones, Esq. (State Bar #275834)
**Law Office of BALL & YORKE**
1001 Partridge Drive, Suite 330
Ventura, California 93003
(805) 642-5177; (805) 642-4622 Fax
Email: jjones@ballandyorkelaw.com

*MADE JS-6*

**Attorneys for Plaintiff,
NESTOR GARCIA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR GARCIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AEROTEK, INC., TREE TOP, INC., and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | Case No: CV 12-10133-GW(MANx)<br><br>Superior Court for the State of California for the County of Ventura<br>Case No.:<br>56-2012-00423671-CU-BC-VTA<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

　　Having reviewed the stipulation of all parties, good cause is found to dismiss the above-captioned action in its entirety with prejudice, and with each party to bear its own attorneys' fees and costs.

　　**IT IS SO ORDERED.**

Dated: January 15, 2013

_____
Hon. GEORGE H. WU
United States District Judge